# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEXTPULSE, LLC, <br><br>        Plaintiff, <br><br> v. <br><br> LIFE FITNESS, LLC, <br><br>        Defendant. | Civil Action No. 1:22-CV-03239 <br><br><br> Judge Thomas M. Durkin <br> Magistrate Judge Maria Valdez |

**PLAINTIFF NEXTPULSE LLC'S NOTICE OF ERRATA AND ERRATA TO ITS RESPONSE TO DEFENDANT'S MOTION TO COMPEL <u>FURTHER RESPONSES TO INTERROGATORIES</u>**

TO THE HONORABLE MAGISTRATE MARIA VALDEZ AND COUNSEL FOR DEFENDANT:

**PLEASE TAKE NOTICE** that Plaintiff Nextpulse LLC's Response to Defendant's Motion to Motion filed on December 10, 2024, inadvertently contains citations to two cases that do not exist—*Harris v. Springfield*, 634 F.3d 622 (7th Cir. 2011) and *Trafalgar Power, Inc. v. Gessner*, 455 F.3d 354 (7th Cir. 2006). The cases are cited on page 5 and 6 of the response and should be ignored. Counsel for Nextpulse LLC, Kathryn C. Curry, noticed the incorrect cases before the response was finalized and had removed them from the brief, but then inadvertently filed the wrong version of the response that still had the citations.

In addition, the citation to *IDX Sys. Corp*., 285 F.3d at 583 on page 6 for the quote "clearly refer[s] to tangible trade secret material" is incorrect. The correct cite for that quote is *Imax Corp. v. Cinema. Techs., Inc*., 152 F.3d 1161, 1164 (9th Cir. 1998).

Ms. Curry profusely apologizes to the Court and co-counsel for the errors.

Dated: December 16, 2024

Respectfully Submitted,

NEXTPULSE, LLC

By: /s/ Kathryn C. Curry
Kathryn C. Curry (kcurry@gcalaw.com)
*Admitted Pro Hac Vice*
GCA Law Partners LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
(650) 428-3900

Mark R. Bagley
**Tolpin & Partners, PC**
30 N. LaSalle Street, Suite 1510
Chicago, IL 60602
Phone: 312-698-8971
e-mail: mark@tolpinlaw.com

*Attorneys for Plaintiff Nextpulse, LLC*