IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEXTPULSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIFE FITNESS, LLC, <br><br> Defendant. | Civil Action No. 1:22-CV-03239 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Maria Valdez |

**KATHRYN C CURRY'S MOTION FOR LEAVE TO FILE EXHIBIT 11 TO HER DECLARATION UNDER SEAL**

Pursuant to Northern District of Illinois Local Rule 26.2, counsel for Plaintiff Nextpulse, LLC ("Nextpulse"), Kathryn C. Curry, respectfully requests leave to file under seal Exhibit 11 to the Declaration of Kathryn C. Curry in Support of Her Objections to the Magistrate Report and Recommendation dated March 7, 2025 ("Curry Declaration"). In support of this motion, Ms. Curry states as follows:

1. Contemporaneous with this motion, Ms. Curry filed an Objection to the Magistrate Report and Recommendation dated March 7, 2025. (Doc. No. 181), and the accompanying Curry Declaration. (Doc. No. 181-1.) Exhibit 11 to Ms. Curry's declaration are excerpts of Ms. Curry's medical records.

2. Pursuant to Local Rule 26.2, Ms. Curry seeks leave to file Exhibit 11 to the Curry Declaration under seal. Good cause exists to file Exhibit 11 under seal because it contains Ms. Curry's confidential medical and private information. Although Ms. Curry has redacted the non-

relevant medical information from the exhibit, the unredacted portions also contain private, her highly sensitive and confidential medial information.

       3.      This motion is made in good faith and not for the purpose of unduly limiting the public's right to access the courts.

Dated: March 21, 2025

Respectfully submitted,

By:   /s/ Kathryn C. Curry
Kathryn C. Curry (kcurry@gcalaw.com)
*Admitted Pro Hac Vice*
**GCA Law Partners LLP**
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
(650) 428-3900

Mark R. Bagley
**Tolpin & Partners, PC**
30 N. LaSalle Street, Suite 1510
Chicago, IL 60602
Phone: 312-698-8971
e-mail: mark@tolpinlaw.com

*Attorneys for Plaintiff Nextpulse, LLC*