IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEXTPULSE, LLC, <br>         Plaintiff, <br><br> v. <br><br> LIFE FITNESS, LLC, <br>         Defendant. | Civil Action No. 1:22-CV-03239 <br><br><br> Judge Thomas M. Durkin <br> Magistrate Judge Maria Valdez |

**DEFENDANT LIFE FITNESS'S RESPONSE TO KATHRYN CURRY'S OBJECTIONS TO MAGISTRATE VALDEZ'S MARCH 7, 2025 REPORT AND RECOMMENDATION**

Pursuant to Federal Rules of Civil Procedure 72(b)(2), Defendant Life Fitness, LLC ("Life Fitness") submits the following response to counsel for Plaintiff Nextpulse, LLC ("Nextpulse") Kathryn Curry's objections to the Magistrate Judge's Report and Recommendation dated March 7, 2025. Dkt. Nos. 180, 181. The Court requested for Life Fitness to file a response to Nextpulse's counsel's objections or to notify the Court that it did not intend to file a response. Dkt. No. 188. Life Fitness states as follows:

Life Fitness has no objections to the Magistrate Judge's March 7, 2025 Report and Recommendation and otherwise does not agree with Ms. Curry's objections. As the Report and Recommendation did not address any conduct of Life Fitness nor did it provide any relief or award to Life Fitness, Life Fitness does not believe it is Life Fitness's place to defend the Magistrate Judge's March 7, 2025 Report and Recommendation. At the hearing on Nextpulse's objections set for May 27, 2025, Life Fitness will be prepared to answer any questions of the Court including identifying additional potential indicators of AI use in the drafting of Nextpulse's response brief

1

(Dkt. No. 144) that were not specifically called out in the Magistrate Judge's March 7, 2025 Report and Recommendation.

Respectfully submitted,

Dated: April 14, 2025　　　　　　　　　By: /s/ *Jason Keener*　　　　　　　

　　　　　　　　　　　　　　　　　　　Jason J. Keener
　　　　　　　　　　　　　　　　　　　Joseph F. Marinelli
　　　　　　　　　　　　　　　　　　　Victoria Hanson
　　　　　　　　　　　　　　　　　　　Katherine Schelli
　　　　　　　　　　　　　　　　　　　Emad Mahou
　　　　　　　　　　　　　　　　　　　**IRWIN IP LLP**
　　　　　　　　　　　　　　　　　　　150 N. Wacker Dr.
　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　(312) 667-6080
　　　　　　　　　　　　　　　　　　　jkeener@irwinip.com
　　　　　　　　　　　　　　　　　　　jmarinelli@irwinip.com
　　　　　　　　　　　　　　　　　　　vhanson@irwinip.com
　　　　　　　　　　　　　　　　　　　kschelli@irwinip.com
　　　　　　　　　　　　　　　　　　　emahou@irwinip.com

　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant**
　　　　　　　　　　　　　　　　　　　*LIFE FITNESS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT LIFE FITNESS'S RESPONSE TO KATHRYN CURRY'S OBJECTIONS TO MAGISTRATE VALDEZ'S MARCH 7, 2025 REPORT AND RECOMMENDATION** was served via ECF upon all counsel of record.


Date: April 14, 2025                                     /s/ *Katarina Evers*
                                                         Katarina Evers